Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Road, #309-432
Tucson, Arizona 85749-9610
Az. Bar: 006578
520-465-3000
FAX 520-395-9495
azcrimlaw@gmail.com
Attorney for Huerta-Basilio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:24-mj-03075-N/A-EJM |
| vs. | ) **NOTICE OF FED.R.CRIM.P. 16,** |
| | ) **FED. R. EVID. 404 AND FED. R.** |
| Cristian Eduardo Huerta-Basilio, | ) **EVID. 609, REQUEST FOR** |
| | ) **DISCOVERY AND INSPECTION** |
| Defendant | ) |

To: Josh A.C. Ackerman, Assistant United States Attorney, District of Arizona.

Defendant Cristian Eduardo Huerta-Basilio, by and through his counsel undersigned, pursuant to Rule 16, Federal Rules of Criminal Procedure, gives notice to the Court and prosecution of his request for disclosure and an opportunity to inspect, copy and photograph, where appropriate, the following evidence in a timely manner so as to avoid unfair surprise at trial and to enable Huerta-Basilio to adequately prepare his defense.

    A. "[T]he substance of any relevant oral statement made by the defendant, before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.

1

Rule 16(a)(1) (A), Federal Rules of Criminal Procedure.

   B. The disclosure and opportunity to inspect, copy or photograph, all the following:

     (i) any relevant written or recorded statement by the defendant if:

     • the statement is within the government's possession, custody, or control; and

     • the attorney for the government knows—or through due diligence could know—that the statement exists.

     (ii) the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent; and

     (iii) the defendant's recorded testimony before a grand jury relating to the charged offense.

Rule 16(a)(1)(B), Federal Rules of Criminal Procedure.

   (C) A copy of the defendant's prior criminal record that is within the government's possession, custody, or control if the attorney for the government knows—or through due diligence could know—that the record exists.

Rule 16(a)(1)(D), Federal Rules of Criminal Procedure.

(D) Permission to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:

(i) the item is material to preparing the defense.

(ii) the government intends to use the item in its case-in-chief at trial; or

(iii) the item was obtained from or belongs to the defendant.

Rule 16(a)(1)(E), Federal Rules of Criminal Procedure.

(E**)** Permission to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if:

(i) the item is within the government's possession, custody, or control.

(ii) the attorney for the government knows—or through due diligence could know—that the item exists; and

(iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

Rule 16(a)(1)(F), Federal Rules of Criminal Procedure.

(F) A written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

Rule 16(a)(1)(G), Federal Rules of Criminal Procedure.

In addition, pursuant to Rule 404(b), Federal Rules of Evidence, Huerta-Basilio requests the prosecution provide reasonable notice in advance of trial of its intent to introduce at trial any evidence of other crimes, wrongs or acts relating to any witness disclosed.

Finally, pursuant to Rule 609(b), Federal Rules of Evidence, Huerta-Basilio requests notice of any intent by the prosecution to impeach any witness with sufficient advance written notice to allow the defendant a fair opportunity to contest the use of such evidence.

SUBMITTED this 17th day of April 2024

**LAW OFFICE OF FRANCISCO LEÓN**
s/*Francisco León*
Francisco León

**CERTIFICATE OF SERVICE**

_X___   I hereby certify that on April 17, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Eric J. Markovich
United States Magistrate Judge

Josh A.C. Ackerman
Assistant United States Attorney

Raul Armando Miranda
mirandalaw@comcast.net
Attorney for Gonzalez-Martinez

Rosemary Valdez
roseval68@gmail.com
Attorney for Romero-Gonzalez

Myrla Iran Garcia
myrlagarcia@hotmail.com
Attorney for Casales-Maiz

Natalie Hubbs Haywood
tucsonabogada@gmail.com
Attorney for Martinez-Martinez

Ricardo Bours
ricardo@boursesq.com
Attorney for Romero-Gonzalez

Jessica Valdez Ruiz
jessica@ruizlawaz.com
Attorney for material witnesses

4

_X___   I hereby certify that on April 17, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Cristian Eduardo Huerta-Basilio
Reg. No. 09245-511
